**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Sealy Emergency Room LLC and Kannappan Krishnaswamy, M.D.

Appellate case number:   01-21-00391-CV

Trial court case number:  2018-48143A

Trial court:               125th District Court of Harris County

Relators, Sealy Emergency Room LLC and Kannappan Krishnaswamy, M.D., filed a petition for writ of mandamus and a corresponding motion for temporary relief to stay the trial court's proceedings pending the adjudication of their petition for writ of mandamus. We **grant** the motion for temporary relief and stay all trial court proceedings and deadlines. This order will remain in effect until relators' petition for writ of mandamus is finally decided or until further order from this Court.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date: <u>September 14, 2021</u>